**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-2524**

─────────────

RONALD D. WASHINGTON,

              Plaintiff - Appellant,

        v.

KROGER LIMITED PARTNERSHIP I,

              Defendant - Appellee,

        and

UNITED STATES POSTAL SERVICE,

              Defendant.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   Norman K. Moon,
Senior District Judge.  (3:11-cv-00074-NKM-JGW)

─────────────

Submitted:  April 25, 2013              Decided:  April 29, 2013

─────────────

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ronald D. Washington, Appellant Pro Se.   Charles Connor Crook,
III, BOYLE, BAIN, REBACK & SLAYTON, Charlottesville, Virginia;
Christopher S. Griesmeyer, GREIMAN ROME & GRIESMEYER, LLC,
Chicago, Illinois, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald D. Washington appeals the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Washington v. Kroger Ltd. P'ship I, No. 3:11-cv-00074-NKM-JGW (W.D. Va. Dec. 4, 2012). Appellee's motions to strike Washington's addendum to his informal brief and for sanctions are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED